B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Delet Door, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Amarr Garage Doors Detroit**<br>**6329 Progress Park Drive**<br>**Sterling Heights, MI 48312** | **Amarr Garage Doors Detroit**<br>**6329 Progress Park Drive**<br>**Sterling Heights, MI 48312** | **Inventory** | | 55,252.05 |
| **AT&T**<br>**c/o Richard Haberman**<br>**Dickenson Wright**<br>**500 Woodward Ave.-Suite 4000**<br>**Detroit, MI 48226** | **AT&T**<br>**c/o Richard Haberman**<br>**Dickenson Wright**<br>**Detroit, MI 48226** | **Yellow Page Advertising.** | | 25,301.11 |
| **JP Morgan Chase Bank**<br>**C/O Alexsy Law Group, P.C.**<br>**Detroit, MI 48226** | **JP Morgan Chase Bank**<br>**C/O Alexsy Law Group, P.C.**<br>**Detroit, MI 48226** | **Line of Credit** | | 49,735.93<br><br>(0.00 secured) |
| **JP Morgan Chase Bank**<br>**C/O Alexsy Law Group, P.C.**<br>**Detroit, MI 48226** | **JP Morgan Chase Bank**<br>**C/O Alexsy Law Group, P.C.**<br>**Detroit, MI 48226** | **Corporate Guarantee of Shareholder Obligation** | | 60,135.98<br><br>(Unknown secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Delet Door, Inc.**        Case No. _____

                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 26, 2011**       Signature **/s/ Zvi Shevach**
                                                         **Zvi Shevach**
                                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy